# UNITED STATES of America, Plaintiff–Appellee,

## v.

**Marcus Deonte BRITT, a.k.a. Marcus D. Britt, a.k.a. Marcus Britt, a.k.a. Michael Cooper, a.k.a. Cecil Green, a.k.a. Marcus O. Britt, Defendant–Appellant.**

### No. 06–11656
### Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 16, 2006.

Michael Donaldson, Orlando, FL, for Defendant–Appellant.

Karin B. Hoppmann, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, BLACK and HULL, Circuit Judges.

**PER CURIAM:**

Michael Donaldson, counsel for Marcus Deonte Britt in this direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Britt's convictions and sentences are **AFFIRMED.**